```
1
Law Offices of Peter G. Macaluso
Peter G. Macaluso #215730
7230 South Land Park Dr., Ste. 127
Sacramento, CA 95831
916-392-6591
916-392-6590 Facsimile

Attorney for Plaintiff
Roberta Schwartz
```

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| IN THE MATTER OF | CASE NO. 21-23737-C-7 |
| DOUGLAS MILAN RHONE, and, APRYL DAWN RHONE | ADV. NO. 21-02088-C |
| Debtors,_____/ | |
| ROBERTA SCHWARTZ | |
| Plaintiff, | |
| vs. | |
| DOUGLAS MILAN RHONE, and APRYL DAWN RHONE | **SUBSTITUTION OF ATTORNEY FOR PLAINTIFF** |
| Defendants._____/ | |

The above referenced Plaintiff does hereby substitute PETER G. MACALUSO, Esq., of the Law Offices of Peter G. Macaluso, as attorney of record in the above captioned adversary case in place and instead of herself.

Dated: July 12, 2022

/s/Roberta Schwartz
Roberta Schwartz, Plaintiff

Dated: July 12, 2022

/s/Peter G. Macaluso
Peter G. Macaluso, Esq.