```
2
```
Law Offices of Peter G. Macaluso
Peter G. Macaluso #215730
7230 South Land Park Drive #127
Sacramento, CA 95831
916-392-6591
916-392-6590 Facsimile
Attorney for Plaintiff
Roberta Schwartz

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| IN THE MATTER OF: | Case No. 21-23737-C-7 |
| Douglas M. Rhone | Adv. No. 21-02088-C |
| Apryl D. Rhone, | D.C. No. PGM-5 |
| _____Debtor_____/ | |
| Roberta Schwartz | Date: September 13, 2022 |
| Plaintiff, | Time: 10:00 a.m. |
| | Dept: C - Courtroom 35 |
| v. | Honorable Christopher M. Klein |
| Douglas M. Rhone | **CERTIFICATE OF SERVICE** |
| Apryl D. Rhone, | |
| _____Defendants._____/ | |

The undersigned declares as follows:

That I am a citizen of the United States, over the age of 18 years, and not a party to the within cause. My business address is 7230 South Land Park Drive #127, Sacramento, CA 95831.

That on July 129, 2022 , I served the **NOTICE OF MOTION TO AMEND AND SUPPLEMENT COMPLAINT PURSUANT TO F.R.C.P. 15 AND BANKRUPTCY RULE 7015, and MOTION TO AMEND AND SUPPLEMENT COMPLAINT PURSUANT TO F.R.C.P. 15 AND BANKRUPTCY RULE 7015** as follows:

CERTIFICATE OF SERVICE -1- Case No. 21-23737
Adv. No. 21-02088

1   [ ] **(VIA FIRST CLASS MAIL)** by depositing a true copy thereof enclosed in a sealed envelope with the postage thereon full prepaid, in the United States mail at Sacramento, CA 95831. Addressed as follows:

N/A

[**X**] **(VIA E-MAIL)** I transmitted electronically the listed document to the following e-mail address(es):

                **JENNIFER G. LEE, Esq.**

                &lt;jen@jenleelaw.com&gt;

    I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed at Sacramento, California.

                                            /s/ Amanda L. Glenn
                                        Amanda L. Glenn, Declarant